**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Linda  Stafford v. Charles  Ray  Stafford

Appellate case number:     01-13-01060-CV

Trial court case number:  2000-13812

Trial court:                       309th District Court of Harris County

On January 3, 2014, the court reporter filed an information sheet in this Court stating no transcript was taken at the trial court.  The clerk's record was filed on January 10, 2014. Therefore, appellant's opening brief was due on February 10, 2014.  *See* TEX. R. APP. P. 38.6(a).

To date, no brief has been filed.  Appellant's brief is due within 20 days of the date of this order, or this appeal may be dismissed for want of prosecution.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                         X  Acting individually     ☐  Acting for the Court

Date:  April 24, 2014